ACCEPTED
02-1700250-cv
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/19/2017 3:01 PM
DEBRA SPISAK
CLERK

## COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### CAUSE NO. 02-17-00250-CV

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

12/19/2017 3:01:45 PM

DEBRA SPISAK
Clerk

RICHARD CHALKER,                                              APPELLANT

### V.

NATIONSTAR MORTGAGE, LLC,                          APPELLEE

FROM THE 393RD JUDICIAL DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 15-04402393

### APPELLEE NATIONSTAR MORTGAGE, LLC'S
### FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE APPELLEE'S BRIEF

### TO THE HONORABLE SECOND DISTRICT COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.1 and 38.6(d) and Local Rule 1.E, Appellee Nationstar Mortgage LLC ("Nationstar") files this Unopposed Motion to Extend Time to File Appellee's Brief for the reasons set forth below. Pursuant to a Rule 11 Agreement attached to this motion, Appellee hereby requests that the due date for filing Appellee's brief be extended thirty (30) days from January 8, 2018 to **February 7, 2018**.

The Final Judgment in this case was signed on July 13, 2017. Appellant filed his notice of appeal on July 27, 2017. After this Court granted Appellant's three (3) unopposed requests for extensions, Appellant Chalker filed his brief on or about December 8, 2017. Appellee's current

due date for filing its brief is January 8, 2018. Reasons that Appellee's first agreed 30-day extension is requested and should be granted are as follows:

1. Currently, the parties are engaged in settlement negotiations in an effort to resolve this matter. Appellant has made two (2) alternative settlement proposals, which Appellee is in the process of evaluating.

2. The Parties' settlement discussions are occurring in the midst of the holiday season including Hanukkah, Christmas, and New Year's Day, which finds Appellee's representatives out of the office at various times on pre-scheduled holiday vacations. Thus, Appellee needs at least an additional 30 days to consider Appellant's settlement offers and, as a result, the parties have agreed to this request for continuance.

3. This is Appellee Nationstar's first request for an extension of its brief due date.

4. Appellant's Counsel Mark Lieberman has advised Appellee's Counsel that Appellant does not oppose Appellee's request for a thirty (30) day extension of Appellee's brief due date.

5. A Rule 11 agreement respecting an agreed continuance of the appeal has been entered into so that the Parties may have sufficient time to consider and negotiate a settlement of this matter. A copy of the Rule 11 consent to Appellee's motion for a 30 day extension is attached to this Motion.

6. Appellee needs this extension so that if settlement of this matter is not finalized, Appellee's Counsel will have sufficient time to analyze Appellant's brief and respond to the issues in a succinct and timely manner.

7. This request for extension is not sought for the reason of delay, but so that justice may be done.

8. All facts recited in this motion are within the personal knowledge of the undersigned Counsel for Appellee. Therefore, no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, the Appellee requests that this Court grant this unopposed motion to Extend Time to File Appellee's brief for a period of thirty (30) days so that the parties have an opportunity to settle this case, or in the event it does not settle, to prepare and file Appellee's brief.

Dated: December 19, 2017     Respectfully submitted,

*/s/Elizabeth Chandler* _____
Elizabeth Chandler, SBN: 24097484
echandler@mcguirewoods.com
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Telephone: 214.932.6400
Facsimile: 214.932.6499

**ATTORNEY FOR APPELLEE**
**NATIONSTAR MORTGAGE LLC**

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 17 & 18, 2017, I conferred with Counsel for Appellant, who informed me that Appellant is unopposed to this motion and has in fact signed a Rule 11 agreement attached to this motion, which confirms such agreed extension to the appeals deadlines as requested herein.

/s/ Elizabeth Chandler
Elizabeth Chandler

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2017, a true and correct copy of the foregoing was served via the court's electronic filing system and email as follows:

**VIA ECF and Email at Mjc358@hotmail.com**

Mark Lieberman, Esq.
Attorney for Appellant Chalker
Law Office of Mark Lieberman
1704 Pine Hills Rd.
Corinth, Texas 76219

*COUNSEL FOR APPELLANT*

/s/ Elizabeth Chandler
Elizabeth Chandler